UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2019 NOV -8 A 10: 48

WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| v. | * | SECTION: |
| WESLEY T. BISHOP | * | VIOLATION: 18 U.S.C. § 1001(a)(3) |

\* \* \*

19-233
SECT. T MAG 1

## MOTION FOR ISSUANCE OF A SUMMONS

NOW INTO COURT comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully submits:

The defendant has been charged with violating Title 18, United States Code, Section 1001(a)(3), by a Bill of Information for Making False Statements to an Agency of the United States.

WHEREFORE, the United States of America prays that a summons be issued to defendant requiring that defendant appear for initial appearance and arraignment.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

ANDRE J. LAGARDE
Assistant United States Attorney
Louisiana Bar Roll No. 28649
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3009

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____