## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-233 |
| VERSUS | SECTION "T"  (1) |
| WESLEY T. BISHOP | VIOLATIONS:<br>18 USC § 1001(a)(3) |

## NOTICE OF ARRAIGNMENT

Take notice that this criminal case has been set for **December 2, 2019, at 2:00 P.M.** before **U.S. Magistrate Judge Dana M. Douglas**, Federal Courthouse Building, 500 Poydras Street, Courtroom B-305, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: November 8, 2019 | WILLIAM W. BLEVINS, CLERK |
| | by: Dedra D. Pongracz, Deputy Clerk |
| TO: WESLEY T. BISHOP (**SUMMONS**) | |
| **COUNSEL FOR WESLEY TYRON BISHOP**<br>Harry Rosenberg | AUSA   Andre J. Lagarde |
| | FBI   Samira Marigny |
| | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| | COURT REPORTER COORDINATOR:<br>INTERPRETER -NONE |
| If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7747 | |