# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO.  19-233, SEC. "T" (1)** |
| **VERSUS** | |
| **WESLEY TYRON BISHOP** | |

### UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

NOW INTO COURT, through undersigned counsel, comes the defendant, Wesley Bishop, and respectfully moves to continue the Pre-Trial conference scheduled for Tuesday, January 7, 2020, and, subject to the Court's calendar, respectfully requests that the Pre-Trial Conference be rescheduled for the afternoon of January 21, 2020, and further requests that re-arraignment, if it proceeds, be set for the morning of January 21, 2020, subject to the Court's calendar.  The Government does not oppose this motion.

Respectfully submitted,

PHELPS DUNBAR, LLP

BY: s/ Harry Rosenberg

Harry Rosenberg (Bar No. 11465)
One Canal Place
365 Canal Street, Suite
New Orleans, Louisiana 70130
Telephone:  504-566-1311
Facsimile:  504-568-9130
Email:  harry.rosenberg@phelps.com

ATTORNEYS FOR DEFENDANT,
WESLEY BISHOP

1

PD.27724358.1