UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-233 |
| WESLEY TYRON BISHOP | SECTION: T |

### ORDER

Considering the COVID-19, Gen. Order No. 20-2, March 16, 2020, Trials, In-Person Hearings & Conferences Cont. to May 1, 2020,[1]

**IT IS ORDERED** that the sentencing hearing for Wesley Tyron Bishop presently set for April 21, 2020, is hereby continued until **June 2, 2020, at 10:00 a.m.**

New Orleans, Louisiana, this 25th day of March 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] http://www.laed.uscourts.gov/news/covid-19-gen-order-no-20-2-march-16-2020-trials-person-hearings-conferences-cont-may-1-2020  or http://www.laed.uscourts.gov/sites/default/files/pdfs/FINAL%20EDLA-General%20Order%2020-2%20Re%20Trials%20%20%202020%2003%2016.pdf.