UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-233 |
| VERSUS | SECTION "T"  (1) |
| WESLEY TYRON BISHOP | VIOLATIONS:<br>18 USC § 1001(a)(3) |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **virtual SENTENCING** on **JULY 14, 2020** at **10:45 A.M.**, before U.S. District Judge Greg Gerard Guidry, 500 Poydras Street, Courtroom C552, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: June 30, 2020 | CAROL L. MICHEL, CLERK |
| | by: Dedra D. Pongracz, Deputy Clerk |
| TO: WESLEY TYRON BISHOP **(BOND)** | |
| **COUNSEL FOR WESLEY TYRON BISHOP**<br>Harry Rosenberg | AUSA   Andre Jude Lagarde |
| | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| If you change address, notify Clerk of Court by phone, (504) 589-7747 | COURT REPORTER COORDINATOR:<br>INTERPRETER -NONE |